# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2468
Lower Tribunal No. CF17-004158-XX

_____

LORENZO MCCRACKEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Melissa Gravitt, Judge.

August 13, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK and MIZE, JJ., and LAMBERT, B.D., Associate Judge, concur.

Lorenzo McCracken, East Palatka, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED